# **EXHIBIT A**

Case 2:25-cv-02228-JWB-GEB   Document 1-1   Filed 04/25/25   Page 1 of 7

Final Expense

913 849 1257   9:12   6/28
659 333 3524   4:30   6/27
513 350 6729   3:21   7/26
316 925 7582   9:38   6/26
205 712 5219   3:58   6/25
208 591 8462   2:48   6/25
559 961 9913   11:35   6/25
316 910 5604   9:23   6/25
469 454 9520   2:05   6/24
443 636 4969   1:13   6/24
920 689 4203   9:59   6/22
520 809 3591   3:47   6/21
314 408 1854   3:10   6/21
216 714 4906   1:47   6/21
620 464 5403   12:44   6/21
305 395 7254   6:05   6/20
913 439 2416   4:24   6/20
870 201 9149   12:33   6/20
316 910 6958   11:06   6/20
334 650 7142   9:16   6/20
763 888 9715   1:33   6/18
312 604 7172   10:00   11/03
312 604 7173   10:15   6/15
445 465 5828   6/13
775 957 7748   11:25   6/13
561 725 6050   10:24   6/13
316 205 2921   8:45   6/13
846 298 1526   10:21   6/13

# Final Expense

| Number | Time | Date |
|---|---|---|
| 470 552 9346 | 5:04 | 7/11 |
| 913 490 3617 | 3:13 | 7/11 |
| 234 348 8876 | 2:15 | 7/10 |
| 848 274 9856 | 12:52 | 7/10 |
| 913 721 8352 | 11:26 | 7/10 |
| 913 352 8290 | 11:20 | 7/10 |
| 352 358 2644 | ~~12:51~~ 10:15 | 7/10 |
| 352 358 2644 | 12:51 | 7/3 |
| 970 609 5822 | 1:37 | 7/8 |
| 316 494 4796 | 12:39 | 7/8 |
| 913 498 5786 | 9:38 | 7/8 |
| 425 979 3456 | 9:25 | 7/5 |
| 405 657 9728 | 3:57 | 7/4 |
| 910 892 6576 | 1:54 | 7/4 |
| 913 346 5522 | 12:59 | 7/4 |
| 913 285 7479 | 11:00 | 7/4 |
| 785 336 9441 | 2:40 | 7/3 |
| 405 401 1561 | 12:56 | 7/3 |
| 913 336 4652 | 12:36 | 7/3 |
| 352 358 2644 | 12:31 | 7/3 |
| 918 671 8190 | 12:24 | 7/2 |
| 808 374 3310 | 11:27 | 7/2 |
| 785 706 9719 | 1:40 | 7/1 |
| 919 803 4336 | 1:05 | 7/1 |
| 646 368 9008 | 4:02 | 6/28 |
| 440 454 8960 | 2:04 | 6/28 |
| 785 236 8034 | 11:34 | 6/28 |
| 913 849 1257 | 10:47 ~~6/28~~ 6/21 |

# Final Expense

| Phone | Time | Date |
|---|---|---|
| 913 549 3140 | 1:32 | 7/23 |
| 401 327 5453 | 12:26 | 7/23 |
| 913 365 3368 | 1:03 | 7/22 |
| 913 928 0898 | 12:19 | 7/22 |
| 913 788 9739 | 10:16 | 7/22 |
| 952 952 5035 | 11:23 | 7/30 |
| 215 940 0314 | 3:11 | 7/19 |
| 770 688 0864 | 2:30 | 7/19 |
| 913 681 1687 | 11:52 | 7/19 |
| 910 355 0946 | 4:27 | 7/18 |
| 816 816 6379 | 12:56 | 7/18 |
| 267 635 2220 | 11:37 | 7/18 |
| 913 856 8090 | 4:29 | 7/17 |
| 913 285 7558 | 3:01 | 7/17 |
| 913 721 8247 | 4:17 | 7/16 |
| 913 721 8262 | 3:23 | 7/16 |
| 913 831 1410 | 2:26 | 7/16 |
| 913 430 0517 | 2:17 | 7/16 |
| 913 513 3852 | 10:43 | 7/16 |
| 731 400 9250 | 3:56 | 7/15 |
| 845 504 8374 | 2:45 | 7/15 |
| 785 521 7408 | 1:54 | 7/15 |
| 913 385 0054 | 9:43 | 7/13 |
| 347 238 2888 | 2:09 | 7/12 |
| 507 888 3696 | 2:08 | 7/12 |
| 775 510 6065 | 12:05 | 7/12 |
| 862 254 8807 | 9:08 | 7/12 |
| 316 888 0271 | 9:01 | 7/12 |

# FiNAl ExpeNse

| Phone | Time | Date |
|---|---|---|
| 913 722 1968 | 4:24 | 8/1 |
| ~~564~~ 243 2683 | 3:41 | 8/1 |
| 562 788 8538 | 2:35 | 7/31 |
| 620 332 5149 | 2:25 | 7/31 |
| 443 842 7673 | 12:57 | 7/31 |
| 913 685 8852 | 11:59 | 7/31 |
| 316 425 5068 | 10:52 | 7/31 |
| 620 214 5943 | 10:25 | 7/31 |
| 539 207 1355 | 5:37 | 7/30 |
| 661 566 5569 | 4:34 | 7/30 |
| 316 978 7319 | 3:38 | 7/30 |
| 913 573 5101 | 3:37 | 7/30 |
| 913 671 8222 | 2:27 | 7/30 |
| 913 726 1612 | 1:30 | 7/30 |
| 785 935 2928 | 11:09 | 7/30 |
| 620 900 0496 | 4:22 | 7/29 |
| 316 869 1656 | 3:47 | 7/29 |
| 904 577 7306 | 3:10 | 7/29 |
| 913 441 1229 | 6:45 | 7/26 |
| 913 403 9421 | 1:55 | 7/26 |
| 913 766 3413 | 9:25 | 7/26 |
| 913 387 4182 | 6:45 | 7/25 |
| 945 222 9268 | 3:05 | 7/25 |
| 913 329 7780 | 10:40 | 7/25 |
| 857 465 8602 | 10:28 | 7/25 |
| 715 230 2265 | 2:03 | 7/23 |
| 304 202 1170 | 2:15 | 7/23 |
| ~~715 230 2265~~ | | |

# Final Expense

| Phone | Time | Date |
|---|---|---|
| 620 686 6859 | 11:05 AM | 7/30 |
| 316 633 7189 | 1:53 | 6/26 |
| 913 755 0260 | 2:00 | 6/26 |
| 316 786 2614 | 2:08 | 6/26 |
| 475 338 2653 | 11:10 | 8/2 |
| 524 654 6542 | 2:53 | 8/5 |
| 316 303 1394 | 4:19 | 8/5 |
| 423 471 1770 | 5:11 | 8/5 |
| 667 248 9713 | 6:22 | 8/5 |
| 629 600 3321 | 9:56 | 8/6 |
| 480 215 1453 | 9:49 | 8/6 |
| 332 253 5855 | 6:25 | 8/5 |
| 316 351 6507 | ? | ? |
| 913 912 7100 | | |
| 316 275 4201 | | |
| 970 519 9034 | 5:14 | 5/14 |
| 659 216 0427 | 5:57 | 5/20 |
| 316 794 9208 | | |
| ~~620~~ | | |
| 913 671 6720 | 10:16 | 8/5 |
| 551 201 7212 | 9:31 | 8/5 |
| 913 912 1447 | 12:59 | 8/3 |
| 949 747 5562 | 12:28 | 8/3 |
| 608 910 7809 | 3:55 | 8/2 |
| 913 730 9307 | 2:00 | 8/2 |
| 718 845 3150 | 12:23 | 8/2 |
| 913 563 4730 | 8:55 | 8/2 |

# Final Expense

682 294 2025   9:27   6/12
620 464 5211   2:43   6/11
813 948 2545   1:11   6/11
662 546 8191   4:28   6/7
913 390 1317   3:50   6/7
828 529 3655   3:29   6/7
913 400 3911   3:10   6/7

144

Failure to train
Failure to identify
Falsified caller ID