**EXHIBIT B**




# Kansas
*State Based Systems*

This document may serve in lieu of a Letter of Certification.

## Licensee Demographics

**Name:** SHAMOONI, JORDAN
**Domicile Country:** United States
**NPN:** 20744678
**Resident?:** No
**Domicile State:** Michigan
**Business Address:**
STERLING HEIGHTS, MI 48310

## License Quick View

| License Class | License Status | Status Date | Effective Date | Expiration Date |
|---|---|---|---|---|
| Insurance Producer | Active | 01/26/2024 | 01/26/2024 | 12/31/2027 |

## Phone, Email, Website

**Phone**

| Type | Number |
|---|---|
| Business Primary Phone | (586) 488-9309 |

**Email**

| Type | E-mail |
|---|---|
| Business Email | Shamoonij@gmail.com |

**Website**
No results found.

## License Information

**License Type:** Insurance Producer
**First Active Date:** 01/26/2024
**Expiration Date:** 12/31/2027

**License Number:** 20744678
**Effective Date:** 01/26/2024
**Legacy License ID:**

**License Status:** Active
**Status Date:** 01/26/2024
**Designated Home State:**

## Line Of Authority

| Line Name | Qualification | School Code | Exam/Cert Date | Line Status | Status Date | Effective Date |
|---|---|---|---|---|---|---|
| Life | Manual by Exam | | 01/26/2024 | Approved | 01/26/2024 | 01/26/2024 |
| Accident & Health or Sickness | Manual by Exam | | 01/26/2024 | Approved | 01/26/2024 | 01/26/2024 |

## Designated Responsible Licensed Producer

No results found.

## Relationships

© 2024 National Association of Insurance Commissioners. All rights reserved.

No results found.

## Alias Names

No results found.

## Continuing Education Information

Continuing Education is not required for this license.

## Appointments

| Company Name | NAIC CoCode | License Type | Line of Authority | Appointment Date | Effective Date | Expiration Date |
|---|---|---|---|---|---|---|
| SENIOR LIFE INSURANCE COMPANY | 78662 | Insurance Producer | | 07/06/2024 | 07/06/2024 | 12/31/2024 |

© 2024 National Association of Insurance Commissioners. All rights reserved.