**EXHIBIT C**

# Paul K. Thoma
**Attorney at Law**
**9216 Bond St.**
**Overland Park, KS 66214**

**August 30, 2024**

Mr. Heath Bassett
HBassett@SRLIFE.net

      Re:    James Julian
              Claim against Senior Life Insurance Company

Mr. Bassett,

      I represent James Julian regarding his claims against Senior Life Insurance Company for violations of the Telephone Consumer Protection Act (TCPA), 47 U.S.C. Sec. 227 et seq. My client contacted your company's legal department regarding these violations and was instructed to provide you with the information in this letter.

      As of this writing, my client has been contacted over 150 times on his phone number (913) 908-1687 dating back to late 2023. My client's phone number has been listed on the Do Not Call Registry since April 25, 2006. My client never asked Senior Life Insurance Company to contact him, has not consented to such contact, nor has he previously done business with the company. Since the first call, my client's verbal demands to stop such calls have been ignored, and by this letter he again demands that these calls stop.

      To identify the company making the calls, my client has been connected to Senior Life personnel on two of these phone calls. He was first connected on August 6, 2024, a call that was recorded and which I understand your legal department is aware of. He was also connected to Senior Life on August 29 at 1:51 p.m. CST and recorded that call.

      Every claimed call followed identical scripts with the caller providing the name "Final Expense". My client has and continues to maintain a detailed call log of each call received from or on behalf of Senior Life and has recorded several of the calls.

      Every phone call received after my client demanded they stop is considered a knowing and willful violation under the TCPA, subjecting Senior Life to treble damages amounting to $1,500 per call.

      My client is prepared to pursue his claim federal district court for all calls received, and further claims and associated damages recognized under the Act, including use of Automated Telephone Dialing Systems and Artificial Intelligence, failure to have a written DNC policy, failure to train personnel, and falsified or "spoofed" caller identification.

Thank you for your attention to this matter, and I look forward to your response.

Sincerely,

Paul K. Thoma
KS# 16145
pkerry11@gmail.com
913-488-5666