IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **JAMES JULIAN**, <br><br> Plaintiff, <br><br> vs. <br><br> **SENIOR LIFE INSURANCE COMPANY,** <br><br> Defendant. | Case No. 2:25-cv-02228 |

## ENTRY OF APPEARANCE

COME NOW Theodore A. Kardis and Wilson Elser Moskowitz Edelman & Dicker, LLP enter their appearance on behalf of Defendant Senior Life Insurance Company, in the above-styled case.

Respectfully submitted,

**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**
BY: */s/ Theodore A. Kardis*

Theodore A. Kardis      KS 21052
Robert Cutis            KS 28910
**WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP**
7777 Bonhomme Ave Suite 1900
St. Louis, MO 63105
314-930-2860(Phone)
314-930-2861 (Fax)
theodore.kardis@wilsonelser.com
robert.curtis@wilsonelser.com
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

314893520v.1

I hereby certify that on this June 16, 2025, I served a true and accurate copy of the foregoing document upon counsel of record via the Court's electronic filing.

Paul K. Thoma
Pkerry11@gmail.com

Stewart R. Pollock
Rebecca A. Roberts
Moran Reeves & Conn PC
spollock@moranreevesconn.com
rroberts@moranreevesconn.com
*Pro Hac Vice Forthcoming*

**COUNSELS FOR PLAINTIFF**


*/s/ Theodore A. Kardis*

314893520v.1