UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| JAMES JULIAN,<br><br>      Plaintiff,<br><br>v.<br><br>SENIOR LIFE INSURANCE COMPANY and SENIOR MARKETING GROUP, INC., d/b/a/ SMIG, Inc.<br><br>      Defendants.<br><br>SENIOR LIFE INSURANCE COMPANY,<br><br>      Third-Party Plaintiff,<br><br>v.<br><br>AARON CARDWELL and JORDAN SHAMOONI,<br><br>      Third-Party Defendants. | Case No. 25-2228-JWB-GEB |

## ORDER

The Court held a discovery conference in this matter. Plaintiff appeared through counsel Stewart Pollock and Paul Thoma. Defendant/Third-Party Plaintiff Senior Life Insurance Company ("Senior Life") appeared through counsel Robert Curtis. Third-Party Defendant Jordan Shamooni, pro se, appeared by videoconference. During the conference, Plaintiff raised an Oral Motion to Compel Compliance with Subpoena Duces Tecum ("Motion") **(ECF No. 58)**. After discussion, the Court **GRANTED in part and DENIED in part** Plaintiff's Motion, made the following rulings, and set the following deadlines:

- The temporal scope for all requests in the subpoena duces tecum to Mr. Shamooni is initially limited to March 1, 2024 through December 31, 2024.

1

- Mr. Shamooni shall request the phone records sought in the subpoena from his carrier as soon as possible, and no later than February 6, 2026.

- Plaintiff and/or Mr. Shamooni shall serve a request for production on Senior Life for documents in Mr. Shamooni's agent portal for the period January 1, 2024 through December 31, 2024 as discussed during the conference, no later than February 6, 2026.

- The Court is inclined to think the parties will need to amend the current Protective Order (ECF No. 16). The parties shall confer by February 10, 2026 to discuss such an amendment, particularly reviewing the categories of documents which may be designated as Confidential Information and whether any increased level of protection for any category of documents is needed. Counsel shall take the lead on the preparation of a proposed Amended Protective Order, and the parties shall submit their proposed order to the undersigned's chambers no later than February 13, 2026.

- Senior Life shall produce documents responsive to Plaintiff and/or Mr. Shamooni's request for production by February 24, 2026.

- Mr. Shamooni shall produce his phone records; communications with his parents regarding the subject litigation, and if none identify the names of his parents; and produce his 2024 1099 from Senior Life to all counsel of record by February 24, 2026.

- All documents in Mr. Shamooni's production shall be considered Confidential Information as discussed during the conference. If, after reviewing Mr. Shamooni's production, any party disagrees regarding the Confidential Information designation, the parties shall confer and if no agreement is reached request a conference from the undersigned.

3

- For the reasons discussed during the conference, Plaintiff's request for attorney's fees associated with his premature Motion to Compel (ECF No. 46) and attendance at the discovery conference is denied.

**IT IS SO ORDERED.**

Dated: February 5, 2026.

s/ Gwynne E. Birzer
GWYNNE E. BIRZER
U.S. Magistrate Judge
